United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUSALITO YACHT HARBOR, | Case No.  19-cv-01268-JSW |
| Plaintiff, | |
| v. | **ORDER TO PLAINTIFF TO SHOW CAUSE** |
| S/V SOGGY, et al., | |
| Defendants. | |

On August 13, 2019, the Court issued an order adopting the report and recommendation of Magistrate Judge Hixson and authorizing the interlocutory sale of the vessel.  (Dkt. No. 32.)  On September 13, 2019, the U.S. Marshal reported the sale of the vessel.  (Dkt. No. 36.)  There has no further action in the proceedings since that date.  Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why this case should not be dismissed without prejudice for failure to prosecute.  Plaintiff shall file a response to this Order to Show Cause by April 5, 2022.  If Plaintiff fails to file a response by the deadline, the Court will dismiss the case without prejudice.

**IT IS SO ORDERED.**

Dated: March 30, 2022

_____
JEFFREY S. WHITE
United States District Judge